UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61055-BLOOM/Valle

JAMES W. SCOTT,

    Plaintiff,

v.

360 MORTGAGE GROUP, LLC,

    Defendant.

_____/

**ORDER PROVIDING INSTRUCTIONS TO *PRO SE* LITIGANT**

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. *Pro se* litigants, like all litigants, must comply with the rules of civil procedure and the Court's orders. It is therefore

**ORDERED** that Plaintiff James W. Scott, a *pro se* litigant, shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules may be obtained from the Clerk of the Court. Failure to comply with the federal and local rules may result in sanctions being imposed against *pro se* litigants. Some of the requirements of these rules are as follows:

    1. Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly with the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers will be returned and

Case No.  17-cv-61055-BLOOM/Valle

disregarded by the Court.

     2.  All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules.  *See Sample Form Following Local Rule 5.1*.  The signature block of each pleading must also contain the *pro se* litigant's name, address and telephone number.

     3.  All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented by counsel.  Each filing must include a certificate of service indicating the name and address of the attorney served.

     4.  Litigants must <u>promptly</u> notify the Court of any change in address by filing a "Notice of Change of Address," which also must be served on opposing counsel.

     5.  A *pro se* litigant who wishes to oppose a motion must respond in writing within the time periods provided by the rules of procedure.

     6.  Any litigant and his or her family, friends, or acquaintances may not call the Judge's chambers for legal advice about the case.  Brief case status information contained on the docket sheet may be available from the Clerk of Court.

     7.  A *pro se* litigant bears responsibility for actively pursuing his or her case and must obtain any essential discovery, file all necessary pleadings and motions, comply with all scheduling orders, and prepare the case for trial.

Case No. 17-cv-61055-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida, this 26th day of May, 2017.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   James W. Scott
      3457 Deercreek Palladian Circle
      Deerfield Beach, FL 33442