UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: ~~17-cv-61055-Bloom-Valle~~

FILED BY _____ D.C.

JUN 2 1 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

JAMES W SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC

    Defendant_____ /

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

    Pursuant to Rule 7.1 Federal Rules of Civil Procedure, Plaintiff, James W Scott affirms that no subsidiaries, conglomerates, affiliates, parent corporations or publicly held corporations owning 10% or more stock are owned by Plaintiff.

Plaintiff identifies the following party:

360 Mortgage Group, LLC
P.O. Box 10869
Austin, TX 78766-1869

Dated: June 21, 2017

                                        Respectfully Submitted By,

                                        James W Scott
                                        3457 Deercreek Palladian Circle
                                        Deerfield Beach, Fl 33442
                                        954-540-0408 / Cell
                                        Jwsscott777@gmail.com