IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL CASE No. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC,

    Defendant.
_____/

**ENTRY OF APPEARANCE**

Paul Wersant enters his appearance for Defendant 360 Mortgage, LLC, without waiver of any defense.

**CERTIFICATE OF SERVICE**

I certify that on 6/24/17 I served a copy of this document via U.S. First Class Mail upon the Plaintiff at 3457 Deercreek Palladian Circle, Deerfield Beach, Florida 33442.

Respectfully submitted this 24th day of June, 2017.

    By: */s/Paul G. Wersant*
        Paul G. Wersant
        Georgia Bar No. 748341
        Albertelli & Whitworth, P.A.
        100 Galleria Parkway, Suite 960
        Atlanta, Georgia 30339
        Telephone: (770) 373-4242, Ext: 2476
        Fascimile: (770) 373-4260
        Email: pwersant@alaw.net
        Attorneys for Defendant