UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61055-BLOOM/Valle

JAMES W. SCOTT,

    Plaintiff,

v.

360 MORTGAGE GROUP, LLC,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on May 26, 2017. ECF No. [1]. A summons was issued as to Defendant on May 26, 2017. ECF No. [3]. Service of the summons was executed on Defendant on June 2, 2017, and the deadline for its response to Plaintiff's Complaint was June 23, 2017. *See* ECF No. [7]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is therefore

**ORDERED AND ADJUDGED** that

1. Defendant must file its response to Plaintiff's Complaint by or before **July 5, 2017**.

2. If Defendant fails to file any response(s) to Plaintiff's Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default no later than **July 12, 2017**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file for the Motion for Entry of Clerk's Default within

Case No. 17-cv-61055-BLOOM/Valle

the specified time may result in **dismissal** without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 27th day of June, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:

Counsel of record