# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO:17-CV-61055-BLOOM-VALLE

JAMES W SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC

    Defendant_____/

FILED BY _____ D.C.
JUL 06 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Southern District of Florida Local Rule 7.1.A.3, Plaintiff hereby files its Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and In support thereof states as follows:

1. On or about May 26, 2017, Plaintiff filed the original complaint in this court.

2. Defendant filed a Motion to Dismiss (12.(b)(6) on June 28, 2017.

3. Plaintiff is a Pro Se without the assistance of Paralegals or any professional legal team.

4. The response to the Motion to Dismiss is dated for July 12, 2017.

5. Plaintiff seeks an extension of time to adequately investigate and properly respond to Defendant's Motion to Dismiss up to and including July 21, 2017.

6. Defendant has indicated that they are not in opposition to extending the time for Plaintiff to respond to the Motion to Dismiss up through and including July 21, 2017.

7. This request for extension is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

Wherefore, Plaintiff respectfully requests the Court to enter an Order granting an extension of time for Plaintiff to respond to the Motion to Dismiss up to and including

July 21, 2017.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned Plaintiff certifies that he has conferred with Defendant in a good faith effort to resolve the issues in this motion and Defendant has indicated that they do not oppose the relief requested.

Dated: July 6, 2017

Respectfully Submitted By,
James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Fl 33442
954-540-0408 / Cell
Jwsscott777@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2017, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being sent via certified mail to Defendant.

James W Scott

## SERVICE LIST

Paul Gerald Wersant
Albertelli & Whitworth
Suite 960
100 Galleria Parkway
Atlanta, GA 30339
(Via U.S. Mail)