IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL CASE No. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC,

    Defendant.

_____/

## JOINT SCHEDULING REPORT

Per L.R. 16.1, the parties have conferred and submit the below scheduling report:

1. Relationship to Other Cases under L.R. 3.8.

   Per L.R. 3.8, the parties report the case was not previously filed and is not substantially related to other cases previously or currently pending in any court.

2. Exchange of Documents under Fed. R. Civ. P. 26 (a)(1):

   The parties agree to exchange Fed. R. Civ. P. 26 (a)(1) initial disclosures by **August 2, 2017** via mail and/or email.

3. Likelihood of Settlement.

   Settlement is unlikely per the pending motion to dismiss but the parties can discuss settlement and will inform the court of any settlement.

4. Likelihood of Appearance of other Parties.

   The parties do not anticipate joining additional parties and do not anticipate additional parties will appear in this action.

5. Proposed Deadlines:

   a. To join other parties/amend pleadings:

   **September 14, 2017**

   b. Expert discovery:

   The parties propose that Plaintiff identify experts and serve expert reports /summaries by **October 1, 2017** and that Defendant identify rebuttal experts and provide summons for such experts by **November 1, 2017.**

   c. To conduct mediation:

   The parties propose to select a mediatory by **August 31, 2017** and to conduct mediation by **November 30, 2017** .

   d. To complete pretrial disclosures:

   By **October 30, 2017**

   e. To complete discovery:

   The parties propose to complete fact discovery by **November 20, 2017** and expert discovery by **December 15, 2017.**

   f. To file and hear motions:

   The parties propose that all dispositive motions be filed and heard by **January 8, 2018** and that all pretrial motions be filed and heard by **February 28, 2018.**

6. Proposals for formation and simplification of issues, including the elimination of frivolous claims or defenses, number and timing of motions for summary judgment. The parties will communicate throughout this process to narrow issues and eliminate unsupported claims and defenses. Each party will likely file just one motion for summary judgment.

7. Amendment of pleadings:

 Currently, the pleadings are open as to Defendant per its Motion to Dismiss and the parties may revisit this issue.

8. Possibility of obtaining admissions of fact and of documents, electronically stored information, or things to avoid unnecessary proof, stipulations as to documents, electronically stored information or things and need for advance rulings:

 The parties will communicate in good faith during this process regarding these matters and propose to seek such advance rulings by **February 28, 2018.**

9. Suggestions for avoidance of unnecessary proof and cumulative evidence.

 See Response to No. 8

10. Suggestions on referring matter to Magistrate /Special Master: None.

11. Any other information regarding setting the case for status/pretrial conference or otherwise. None at this time.

10. Pretrial Conference and Trial:

The parties request a pretrial conference by **May 15, 2018** and trial to be scheduled on or after **May 29, 2018.**

**Plaintiff requested a jury trial, he estimated to take 3-5 days.**

**Defendant contends Plaintiff waived his right to a jury trial in the Note/Mortgage at issue and a bench trial will take 2 days at most. This issue can be addressed further via motions and/or before the Court.**

a. **Calendar call: June 7, 2018**

Respectfully submitted this 17th day of July, 2017.

By: */s/Paul G. Wersant*
Paul G. Wersant
Florida Bar No. 48815
Albertelli & Whitworth, P.A.
100 Galleria Parkway, Suite 960
Atlanta, Georgia 30339
Telephone: (770) 373-4242, Ext: 2476
Fascimile: (770) 373-4260
Email: pwersant@alaw.net
Attorneys for Defendant
360 Mortgage, LLC
File No. 17-016010

By: */s/James Scott*
James W. Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
Telephone: 954-540-0408
Email: Jwsscott777@gmail.com
Defendant Pro-Se

4

## **CERTIFICATE OF SERVICE**

I certify that on 7/17/17 I served a copy of this document upon the Plaintiff via email Jwsscott777@gmail.com.

Respectfully submitted this 17th day of July, 2017.

        By:    */s/Paul G. Wersant*
                 Paul G. Wersant