# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## CASE NO:17-CV-61055-BLOOM-VALLE

JAMES W SCOTT

     Plaintiff,

VS.

360 MORTGAGE GROUP, LLC

    Defendant           /

FILED BY _____ D.C.

AUG - 7 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## REQUEST FOR APPOINTMENT OF MEDIATOR

Pursuant to Local Rule 16.2, Pro Se Plaintiff respectfully requests that the Clerk

designate a mediator to facilitate this case. Pro Se Plaintiff has attempted multiple times to

confer with Defense counsel to no avail. Therefore, the Parties are not in agreement and are

in need of the Clerk to designate a mediator.

Dated: August 7, 2017

               Respectfully Submitted By,
               James W Scott
               3457 Deercreek Palladian Circle
               Deerfield Beach, Fl 33442
               954-540-0408 / Cell
               Jwsscott777@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2017, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being sent via certified mail to Defendant.

James W Scott

## SERVICE LIST

Paul Gerald Wersant
Albertelli & Whitworth
Suite 960
100 Galleria Parkway
Atlanta, GA 30339
(Via U.S. Mail)