<div style="text-align:center">

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO:17-CV-61055-BLOOM-VALLE

</div>

JAMES W SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC

    Defendant    /

FILED BY _____ D.C.

AUG - 7 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF DEFENDANT'S COUNSEL REFUSAL TO COMMUNICATE TO SCHEDULE MEDIATION

Pursuant to FRCP and the local rules of this Court, Pro Se Plaintiff has made diligent efforts to comply with the orders of the Court. Pro Se Plaintiff has run headlong into egregious stonewalling and a history of utter refusal to communicate by Defendant's counsel, Mr. Paul G. Wersant, in regards to the parties scheduled mediation which is due to be filed August 7, 2017. Attached are Exhibits of email correspondence which Plaintiff has attempted multiple times to communicate with Defendant's counsel in good faith to comply with the rules of the Court. Attempts for communication by phone has also been unsuccessful.

In addition, Plaintiff has not received Defendant's 7.1 disclosures, 26 (a)(1) disclosures or the mailed copy of Defendant's motion to dismiss which are well past the deadlines.

    Wherefore, Pro Se Plaintiff seeks the Courts assistance to force defense counsel to comply with the orders of the Court. In lieu of this unanticipated delay, Plaintiff will be requesting the Clerk to designate a certified mediator and further asks the Court to reschedule the due date of this event to accommodate the Clerk's designation of the mediator.

Dated: August 7, 2017

                                      Respectfully Submitted By,
                                      James W Scott
                                      3457 Deercreek Palladian Circle
                                      Deerfield Beach, Fl 33442
                                      954-540-0408 / Cell
                                      Jwsscott777@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2017, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being sent via certified mail to Defendant.

                                                          James W Scott

## SERVICE LIST

Paul Gerald Wersant
Albertelli & Whitworth
Suite 960
100 Galleria Parkway
Atlanta, GA 30339
(Via U.S. Mail)

# EXHIBITS

# A-J

 Gmail

**James Scott <jwsscott777@gmail.com>**

## Scott vs 360 (26f)
1 message

**James Scott** <jwsscott777@gmail.com>  Fri, Jul 7, 2017 at 11:52 AM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant,

I am sending this friendly reminder as to our upcoming joint report due on the 17th. Once again, I am offering you as a courtesy, the option of drafting this report after our telephone conference for submission into our case since you have electronic filling ability. I am attaching the order for your review. I want to get this done and into the docket by Friday.

Let me know when you are available for our phone conference.

Thanks in advance,

--
James Scott
954-540-0408

---

📎 **26forder.pdf**
1815K

 **James Scott <jwsscott777@gmail.com>**

# Scott v 360
3 messages

---

**James Scott** <jwsscott777@gmail.com>  Mon, Jul 10, 2017 at 4:38 PM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant,

In light of the fact that I have not heard from you regarding our joint scheduling report due next Monday, I will file the report unilaterally and advise the Court of your uncooperation.

Regards

--
James Scott
954-540-0408

---

**Paul Wersant** <pwersant@alaw.net>  Mon, Jul 10, 2017 at 4:41 PM
To: James Scott <jwsscott777@gmail.com>
Cc: Nan Fisher <nfisher@alaw.net>

Mr. Scott,


The report is due by 7/17/17 – not today – and I have not received a draft of the report from you, as required by the rule.

So if you want to confer on the report, then please email a draft to me.

Sincerely,



**Paul G. Wersant | Partner (MD, DC, GA, FL)**

**Albertelli & Whitworth**

**100 Galleria Parkway, Suite 960, Atlanta, GA 30339**

**E**: pwersant@alaw.net | **O**: (770) 373-4242 ext. 2476 | **M**: (678) 894-5876

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately via e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is STRICTLY PROHIBITED. Albertelli Law accepts no liability for the content of this e-mail, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this email, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment. WARNING: Although Albertelli Law has taken reasonable precautions to ensure no viruses are present, computer viruses can be transmitted via e-mail. The company cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments. The recipient should check this e-mail and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT. ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.

**From:** James Scott [mailto:jwsscott777@gmail.com]
**Sent:** Monday, July 10, 2017 4:38 PM
**To:** Paul Wersant <pwersant@alaw.net>
**Subject:** Scott v 360

[Quoted text hidden]

---

**James Scott** <jwsscott777@gmail.com>                                       Mon, Jul 10, 2017 at 5:03 PM
To: Paul Wersant <pwersant@alaw.net>

Ok, I will send it tomorrow.

[Quoted text hidden]

--
James Scott
954-540-0408

 Gmail                                    **James Scott <jwsscott777@gmail.com>**

---

# Scott v 360 // 26f draft report
1 message

**James Scott** <jwsscott777@gmail.com>                     Tue, Jul 11, 2017 at 11:20 AM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant,

Attached is the draft for our scheduling report. Let me know when we can conference about.

Also, I have not received from you the supposed "mailed copies" of your Appearance or the Motion to Dismiss which you stated in the Court file that you sent to me Via first class mail sent on the 28th of June???

What about your 7.1 initial disclosure??

I await your response..

--
James Scott
954-540-0408

---

📄 **360jointschedulereport.docx**
30K

 **Gmail**  **James Scott &lt;jwsscott777@gmail.com&gt;**

## Scott v 360
1 message

**James Scott** &lt;jwsscott777@gmail.com&gt;     Wed, Jul 12, 2017 at 4:46 PM
To: Paul Wersant &lt;pwersant@alaw.net&gt;

Mr. Wersant,
I trust you have had time to review the joint report I sent. I am available tomorrow afternoon to have our required conference. Let me know what time works for you.

Thanks

Sent from my iPhone

 Gmail                                             **James Scott** <jwsscott777@gmail.com>

## Scott v 360
2 messages

**James Scott** <jwsscott777@gmail.com>                          Thu, Jul 13, 2017 at 4:12 PM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant,

Would you like to set up an appointment tomorrow for our phone conference?

--
James Scott
954-540-0408

**James Scott** <jwsscott777@gmail.com>                          Thu, Jul 13, 2017 at 10:01 PM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant,

Since I have not heard from you all week regarding our joint conference which we are supposed to meet according to the rules, if I do not hear from you tomorrow by 3pm I will be filling the report unilaterally on Monday. I will not accept any correspondence from you after 3 PM , just so you are aware.

regards
--
James Scott
954-540-0408

 James Scott <jwsscott777@gmail.com>

# scott v 360
1 message

**James Scott** <jwsscott777@gmail.com>  Mon, Jul 17, 2017 at 9:33 AM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant,

I just tried to call you. I am in agreement with the scheduling report and will be sending it out to you shortly.
Also, I would like to submit a confidentiality agreement to add with the report.
Is there any reason that you cannot file these documents before 3 PM today? I just like to be prompt with my filing and not wait till midnight.

Thanks,
--
James Scott
954-540-0408

 **Gmail**                                   James Scott <jwsscott777@gmail.com>

# Scott v 360 7.1 disclosure
1 message

**James Scott** <jwsscott777@gmail.com>                Mon, Jul 24, 2017 at 2:02 PM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant,

Just wanted to know when you will be filing the 7.1 disclosure. We have till the 31st to exchange are 26(a)(1) disclosures.

Can you send me a copy by way of email before you file it?

Thanks in advance

--
James Scott
954-540-0408

 Gmail                                    **James Scott <jwsscott777@gmail.com>**

## Scott v 360 26(a)(1)
1 message

**James Scott** <jwsscott777@gmail.com>                        Thu, Jul 27, 2017 at 4:20 PM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant, find enclosed a copy of my 26 (a)(1) disclosure statement. I have yet to hear from you regarding any disclosure at all.

Also, when would you like to confer about the mediator coming up?

Regards

--
James Scott
954-540-0408

📎 **26a1disclosure.pdf**
    651K

 Gmail                                                            James Scott <jwsscott777@gmail.com>

# Scott v 360
4 messages

**James Scott** <jwsscott777@gmail.com>                               Thu, Aug 3, 2017 at 9:34 PM
To: Paul Wersant <pwersant@alaw.net>

Mr Wersant, it is Thursday and I have not received any indication as to when you would like to confer about our proposed order scheduling mediation. You never responded to my last email. I still have not received anything from you regarding the initial disclosures, the 7.1 disclosures or the motion to dismiss which you filed and certified that you sent it to me via U.S. mail. Can you kindly respond to me tomorrow morning please.

Thanks

--
James Scott
954-540-0408

---

**Paul Wersant** <pwersant@alaw.net>                                  Fri, Aug 4, 2017 at 11:25 AM
To: James Scott <jwsscott777@gmail.com>

Mr Scott

I will respond to you later today

Paul Wersant

Sent from my iPhone
[Quoted text hidden]

---

**James Scott** <jwsscott777@gmail.com>                               Fri, Aug 4, 2017 at 4:47 PM
To: Paul Wersant <pwersant@alaw.net>

What happened to the response?

Sent from my iPhone
[Quoted text hidden]

---

**Paul Wersant** <pwersant@alaw.net>                                  Fri, Aug 4, 2017 at 4:59 PM
To: James Scott <jwsscott777@gmail.com>

I said I will respond and will today -

Sent from my iPhone
[Quoted text hidden]