UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-CV-61055-BLOOM-VALLE

JAMES W SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC

    Defendant_____/

## SECOND NOTICE OF DEFENDANT'S COUNSEL REFUSAL TO COMMUNICATE TO SCHEDULE MEDIATION

Pursuant to FRCP and the local rules of this Court, Pro Se Plaintiff has made diligent efforts to comply with the orders of the Court. Pro Se Plaintiff has run headlong into egregious stonewalling and a history of utter refusal to communicate by Defendant's counsel, Mr. Paul G. Wersant, in regards to the parties scheduled mediation which is due to be filed August 14, 2017. Attached are Exhibits of email correspondence which Plaintiff has attempted multiple times to communicate with Defendant's counsel in good faith to comply with the rules of the Court. Attempts for communication by phone has also been unsuccessful.

In addition, Plaintiff has not received Defendant's 7.1 disclosures, 26 (a)(1) disclosures or the mailed copy of Defendant's motion to dismiss which are well past the deadlines.

Wherefore, Pro Se Plaintiff seeks the Courts assistance to force defense counsel to comply with the orders of the Court. In lieu of this unanticipated delay, Plaintiff will be requesting the Clerk to designate a certified mediator and further asks the Court to reschedule the due date of this event to accommodate the Clerk's designation of the mediator.

Dated: August 14, 2017

Respectfully Submitted By,
James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Fl 33442
954-540-0408 / Cell
Jwsscott777@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2017, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being sent via certified mail to Defendant.

James W Scott

## SERVICE LIST

Paul Gerald Wersant
Albertelli & Whitworth
Suite 960
100 Galleria Parkway
Atlanta, GA 30339
(Via U.S. Mail)

# EXHIBITS
# A & B

 **James Scott <jwsscott777@gmail.com>**

## mediator/ scott v 360
1 message

**James Scott** <jwsscott777@gmail.com>      Thu, Aug 10, 2017 at 11:34 AM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant,

I have a mediator in mind. Her name is :

Cindy Hannah from ATD mediation

The available dates are:

October 16, 23, 27 and 31st at 1PM
November 10, 15, 16 and 17th at 10 AM
January 15, 16, 17 and 18th at 10 AM or 2PM respectfully.

Let me know if this works for you.

--
James Scott
954-540-0408



**James Scott** <jwsscott777@gmail.com>

## Scott v 360
1 message

**James Scott** <jwsscott777@gmail.com>  Fri, Aug 11, 2017 at 10:34 AM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant,

Our joint scheduling order for mediation is due on Monday. I sent you an email yesterday with a court approved mediator that I have contacted and some suggested dates. Do you agree with these dates and times?

--
James Scott
954-540-0408