IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL CASE No. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC,

    Defendant.

_____/

## NOTICE OF MEDIATION

The parties provide notice of mediation scheduled before Cindy Hannah, ATD Mediation & Arbitration, PA, 10125 Emerson St, Pompano Beach, FL 33076, Phone: 305-926-8801, Fax: 954-693-0673, Email: channah@agree2disagree.com, on 1/15/18 at 2:00p.

## CERTIFICATE OF SERVICE

I certify filing this document on the below date and served it upon Defendant on 8/15/17 at his email: jwsscott777@gmail.com.

Respectfully submitted this 14th day of August, 2017.

By: */s/Paul G. Wersant*
Paul G. Wersant
Georgia Bar No. 748341
Albertelli & Whitworth, P.A.
100 Galleria Parkway, Suite 960
Atlanta, Georgia 30339
Telephone: (770) 373-4242, Ext: 2476
Fascimile: (770) 373-4260
Email: pwersant@alaw.net
Attorneys for Defendant
File No. 17-016010

1