UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61055-BLOOM/Valle

JAMES W. SCOTT,

    Plaintiff,

v.

360 MORTGAGE GROUP, LLC,

    Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be before Cindy Hannah on **January 15, 2018, at 2:00 p.m.** at ATD Mediation & Arbitration, PA, 10125 Emerson St, Pompano Beach, FL 33076. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court. **Within seven (7) days** following the mediation conference, **the parties** shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Miami, Florida this 15th day of August, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record