IN THE UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES W. SCOTT,

      Plaintiff,

vs.                                        CASE NO.: 0:17-cv-61055-BB

360 MORTGAGE GROUP, LLC,

      Defendant(s).

_____/

**NOTICE OF APPEARANCE OF CO-COUNSEL**

      COMES NOW, Rafael J. Solernou, Jr., of the law firm of James E. Albertelli, PA, and respectfully gives notice of appearance as attorney for the Defendant, 360 Mortgage Group, LLC, in the above styled case. The undersigned counsel is admitted or otherwise authorized to practice in this court.

      Counsel respectfully requests that all pleadings, papers and other materials served on Plaintiff be delivered to the undersigned counsel's attention.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 20th, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all counsel of record, via email, and/or via US Mail to the parties on the attached Service List.

                                               /s/ Rafael J. Solernou, Jr., Esquire
                                               Rafael J. Solernou, Jr., Esquire
                                               Bar Number: 86579
                                               JAMES E. ALBERTELLI, PA
                                               PO Box 23028
                                               Tampa, FL 33623
                                               Telephone:        (813) 221-4743
                                               Facsimile:          (813) 221-9171
                                               ATTORNEYS FOR DEFENDANT
                                               eService:           servealaw@albertellilaw.com
                                               eService:           rsolernou@albertellilaw.com

17-016010

## Service List

James W. Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442
954-540-0408 – Cell
Jwsscott777@gmail.com