IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL CASE NO: 0:17-cv-61055-BB

JAMES W. SCOTT,

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC,

    Defendants.

_____/

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Per L.R. 7.1, Defendant seeks extension to a response to Plaintiff's Amended Complaint.

### STATEMENT OF FACTS

1. Plaintiff filed suit against the Defendants on May 26, 2017.

2. Defendant's Motion to Dismiss Original Complaint was granted in part and denying in part on August 30, 2017.

3. Plaintiff filed an Amended Complaint on September 25, 2017.

4. Plaintiff's Amended Complaint has added new counts, which the Defendant is currently researching.

5. Defendant requires more time to formulate a response to Plaintiff's Complaint.

6. Plaintiff has agreed to this extension of time.

### CONCLUSION

WHEREFORE, Plaintiff respectfully requests an extension to respond to the Amended Complaint for thirty (30) days and all other just relief.

### CERTIFICATE OF CONFERENCE

Per L.R. 7.1, I conferred with opposing counsel on this Motion, to which Pro Se defendant consented.

**CERTIFICATE OF SERVICE**

The undersigned certifies a precise copy of this document was filed with the Clerk on the below date, sending notice via ECF to counsel of record for the Defendants.

Respectfully submitted this 6th day of October, 2017

By:   /s/Rafael J. Solernou, Jr,
Rafael J. Solernou, Jr., Esquire
Florida Bar No. 86579
JAMES E. ALBERTELLI, P.A.
P.O. Box 23028
Tampa, FL 33623
Telephone:          (813) 221-4743
Facsimile           (813) 221-9171
ATTORNEYS FOR PLAINTIFF
eService:       servealaw@albertellilaw.com
eService:       rsolernou@albertellilaw.com

17-016010

**Service List**

**JAMES W. SCOTT**
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442