IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,

vs.                                    CASE No. 0:17-cv-61055-BB

360 MORTGAGE GROUP, LLC,

    Defendant.
_____/

## NOTICE OF FILING

    Defendant hereby gives notice of filing of the following discovery:

    Defendant's Response to Request for Admissions.

    Respectfully submitted this 1st day of November, 2017.

                                    */s/* Rafael J. Solernou, Jr., Esquire
                                    Rafael J. Solernou, Jr., Esquire
                                    Bar Number:  86579
                                    JAMES E. ALBERTELLI, PA
                                    P.O. Box 23028
                                    Tampa, FL  33623
                                    Telephone: (813) 221-4743
                                    Fascimile: (813) 221-9171
                                    Email:           rsolernou@albertellilaw.com
                                    eService: servealaw@albertellilaw.com
                                    Attorneys for Defendant