IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 0:17-cv-61055-BB

JAMES W. SCOTT

      Plaintiff,

vs.                                      CASE No. 0:17-cv-61055-BB


360 MORTGAGE GROUP, LLC,

      Defendant.

_____/

## <u>NOTICE OF FILING</u>

Defendant hereby gives notice of filing of the following discovery:

Defendant's Response to Request for Admissions.

Respectfully submitted this 14th day of November, 2017.

                          */s/* Rafael J. Solernou, Jr., Esquire
                          Rafael J. Solernou, Jr., Esquire
                          Bar Number:  86579
                          JAMES E. ALBERTELLI, PA
                          P.O. Box 23028
                          Tampa, FL  33623
                          Telephone: (813) 221-4743
                          Fascimile: (813) 221-9171
                          Email:       rsolernou@albertellilaw.com
                          eService: servealaw@albertellilaw.com
                          Attorneys for Defendant