IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,

vs.                                      CASE No. 0:17-cv-61055-BB

360 MORTGAGE GROUP, LLC,

    Defendant.
_____/

## NOTICE OF FILING

Defendant hereby gives notice of filing of the following discovery:

Defendant's Response to Request for Production of Documents and Answers to Interrogatories were sent to the Plaintiff on December 8, 2017.

Respectfully submitted this 15th day of December, 2017.

                */s/* Rafael J. Solernou, Jr., Esquire
                Rafael J. Solernou, Jr., Esquire
                Bar Number: 86579
                JAMES E. ALBERTELLI, PA
                P.O. Box 23028
                Tampa, FL 33623
                Telephone: (813) 221-4743
                Fascimile: (813) 221-9171
                Email: rsolernou@albertellilaw.com
                eService: servealaw@albertellilaw.com
                Attorneys for Defendant