```
          IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
            CIVIL CASE No. 0:17-cv-61055-BB
```

JAMES W. SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC,

    Defendant.
_____/

## DEFENDANT 360 MORTGAGE GROUP, LLC, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

Defendant 360 Mortgage Group, LLC ("360"), through undersigned counsel, hereby files this answer and affirmative defenses and states the following:

**PRELIMINARY STATEMENT**

1. 360 admits this is a lawsuit, but denies any damages to Defendant. In addition, Count 1 has been dismissed with prejudice.

**JURSIDICTION AND VENUE**

2. Paragraph 2 of the Amended Complaint contains legal assertion relation to jurisdiction as to which no response is required. To the extent a response is required, 360 admits that this Court has federal question jurisdiction over claims asserted under TCPA. 360 denies that Plaintiff has stated valid claims under the TCPA or have standing to bring their claims.

3. Paragraph 3 of the Amended Complaint contains legal

1

assertion relation to jurisdiction as to which no response is required. To the extent a response is required, 360 does not dispute venue in this District.

## PARTIES

4. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

5. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

6. 360 admits it is a Servicer. 360 denies the remaining allegations.

7. Paragraph 7 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

8. Paragraph 8 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

9. Paragraph 9 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

10. Paragraph 10 states a legal conclusion as to which no

response is required. To the extent a response is required, 360 denies the allegation.

11. 360 admits that it uses US Postal Mail and telephones in its business. 360 denies the remaining allegations.

12. Paragraph 9 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

## FACTUAL ALLEGATIONS

13. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

14. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

15. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

16. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

17. 360 Admits a welcome letter was sent to Plaintiff.

18. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

19. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

20. 360 Admits the welcome letter does not reference an Assignment of Mortgage.

21. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

22. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

23. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

24. 360 lacks knowledge or information sufficient to form

a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

25. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

26. 360 admits sending a response to the Plaintiff, but denies all other allegations.

27. Paragraph 27 states a legal conclusion as to which no response is required. To the extent a response is required, 360 admits to being the servicer of the instant loan.

28. 360 Admits to calling Plaintiff, but Denies all other allegations.

29. 360 Admits to calling Plaintiff, but Denies all other allegations.

30. Paragraph 30 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

31. 360 Admits to calling Plaintiff, but Denies all other allegations.

32. Paragraph 32 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

33. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

34. 360 Admits to calling Plaintiff, but Denies all other allegations.

35. 360 Admits to calling Plaintiff, but Denies all other allegations.

36. Denied.

37. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

38. Denied.

39. 360 Admits to calling Plaintiff, but Denies all other allegations.

40. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

41. 360 Admits to calling Plaintiff, but Denies all other allegations.

42. Paragraph 42 states a legal conclusion as to which no response is required.  To the extent a response is required, 360

denies the allegation.

    43. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

    44. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

    45. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

    46. 360 Admits to being the servicer of the instant loan, but Denies all other allegations.

    47. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

    48. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

    49. 360 lacks knowledge or information sufficient to form

a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

50. Paragraph 50 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

51. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

52. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

53. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

54. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

55. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this

paragraph of the Amended Complaint, and therefore denies the claim.

56. 360 Admits to being the servicer of the instant loan, but Denies all other allegations.

57. Denied.

### COUNT I – VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA), 12 U.S.C. §2605 BY 360 MORTGAGE

58. – 61. All denied as moot as this count has been Dismissed with Prejudice by this Court.

### COUNT II – VIOLATION OF TRUTH IN LENDING ACT (TILA), 12 U.S.C. §1641 BY 360 MORTGAGE

62. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

63. Paragraph 63 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

64. Paragraph 64 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

65. Paragraph 65 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

66. Paragraph 66 states a legal conclusion as to which no

response is required.  To the extent a response is required, 360 denies the allegation.

**WHEREFORE,** 360 respectfully requests this Court that this count be dismissed with prejudice, award 360 reasonable attorney's fees and costs, with interest, and grant any other relief as this Honorable Court deems just and proper.

### COUNT III – VIOLATIONS OF THE TCPA 47 U.S.C. §227(b)(1)(A)(iii) BY 360 MORTGAGE

67.   360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

68.   Paragraph 68 states a legal conclusion as to which no response is required.  To the extent a response is required, 360 denies the allegation.

**WHEREFORE,** 360 respectfully requests this Court that this count be dismissed with prejudice, award 360 reasonable attorney's fees and costs, with interest, and grant any other relief as this Honorable Court deems just and proper.

### COUNT IV– VIOLATION OF THE FCRA 15 U.S.C. §1681s–2(b) BY 360 MORTGAGE

69.   360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

70. Paragraph 70 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

71. Paragraph 71 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

72. Paragraph 72 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

73. Paragraph 73 states a legal conclusion as to which no response is required. To the extent a response is required, 360 denies the allegation.

74. 360 lacks knowledge or information sufficient to form a belief concerning the truth of the allegations in this paragraph of the Amended Complaint, and therefore denies the claim.

**WHEREFORE**, 360 respectfully requests this Court that this count be dismissed with prejudice, award 360 reasonable attorney's fees and costs, with interest, and grant any other relief as this Honorable Court deems just and proper.

### DEMAND FOR JURY TRIAL

360 hereby moves this Honorable Court to strike the demand for jury trial and have this trial heard as a Bench trial.

360 denies all the allegations in all of Plaintiff's counts

and WHEREFORE paragraphs and denies that Plaintiff is entitled to any relief requested.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Amended Complaint, subject to discovery, based on information and belief, and without assuming the burden of proof on any issue for which Plaintiff bears the burden of proof, 360 asserts the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE – Failure to State a Claim**

The Amended Complaint fails to state a claim upon which relief can be granted against 360 for any of the claims alleged. As to the TCPA to the extent that, among other things: Plaintiff consented to receive calls; the calls were note made with an automatic telephone dialing system; and the calls fit within an exception to the TCPA.

**SECOND AFFIRMATIVE DEFENSE – Article III Standing**

Plaintiff has suffered no injury and does not have standing to assert a TCPA claim against 360.

**THIRD AFFIRMATIVE DEFENSE – Consent of Plaintiff**

Plaintiff's TCPA claim is barred to the extent that Plaintiff provided prior express consent to receive the alleged calls.

**FOURTH AFFIRMATIVE DEFENSE – Consent of Called Party**

Plaintiff's TCPA claims are barred to the extent that

Plaintiff is not the "called party" within the meaning of the TCPA and 360 had the express consent of the "called party".

**FIFTH AFFIRMATIVE DEFENSE – Emergency Purposes**

Plaintiff's TCPA claims are barred to the extent that the calls fit within an exception to the TCPA, including calls initiated for emergency purposes under 47 U.S.C. §227(b)(1)(A).

**SIXTH AFFIRMATIVE DEFENSE – Good Faith**

Plaintiff's TCPA claims are barred to the extent that 360 had a good-faith basis to believe that it had consent to contact Plaintiff.

**SEVENTH AFFIRMATIVE DEFENSE – No Liability**

Plaintiff's TCPA claims are barred to the extent that the calls at issue were not placed using any "automatic telephone dialing system."

**EIGHTH AFFIRMATIVE DEFENSE – Proportional Allocation of Fault**

Any damage, loss, or liability sustain by Plaintiff must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than 360, including third parties, under the principles of equitable allocation, recoupment, set-off, proportionate responsibility, contributory negligence, comparative negligence and/or comparative fault.

**NINTH AFFIMRATIVE DEFENSE – Statutory Standing**

Plaintiff's TCPA claims are barred because they lack statutory standing as the "called party" under the TCPA. 47 U.S.C. §227(b)(1)(A)(iii).

**TENTH AFFIRMATIVE DEFENSE – Substantial Compliance with Laws**

360 is not liable to Plaintiff because 360 acted reasonably and with due care and substantially complied with all applicable statutes, regulations, ordinances and/or other laws.

**ELEVENTH AFFIRMATIVE DEFENSE – Failure to Mitigate Damages**

If Plaintiff recovers any damages, such awards must be reduced by all damages attributable to Plaintiff's failure to take appropriate action and mitigate damages prior to and subsequent to the institution of this action.

**TWELFTH AFFIRMATIVE DEFENSE – No Knowing or Willful Action**

Any violation, the existence of which is expressly denied, was not willful as required by 15 U.S.C. 1681n for civil liability.

**THIRTEENTH AFFIRMATIVE DEFENSE – Res Judicata/Collateral Estoppel**

To the extent Plaintiff's Claims or the issues raised by Plaintiff's claims have been previously litigated, Plaintiff's claims are barred, in whole or in part, from any recovery under the doctrines of Res Judicata and/or collateral estoppel.

**FOURTEENTH AFFIRMATIVE DEFENSE – Waiver, laches, Estoppel, Unclean Hands**

Plaintiff's claims are barred in whole or in part by the doctrine of waiver, laches, estoppel and unclean hands.

**FIFTEENTH AFFIRMATIVE DEFENSE – Preemption**

Plaintiff's claims are preempted in whole or in part by the provisions of the FCRA, specifically, 1681h(e)

**SIXTEENTH AFFIRMATIVE DEFENSE – Plaintiff's failure to comply**

Plaintiff failed to comply with the requisite provisions of the FCRA when making his credit reporting dispute.

**SEVENTEENTH AFFIRMATIVE DEFENSE – Requisite knowledge**

Plaintiff lacked the requisite knowledge necessary for any violation of the FCRA

EIGHTEENTH AFFIRMATIVE DEFENSE – Proper Response by 360

At all times material, 360 responded to any such dispute in the manner required by the FCRA.

**NINETEENTH AFFIRMATIVE DEFENSE – No Damages**

Plaintiff has experienced no actual damages in connection with any of the alleged counts or claims.

360 reserves the right to raise additional defenses to which it may be entitled or which may be developed in the course of discovery.

**TWENTIETH AFFIRMATIVE DEFENSE – Statute of Limitations**

To the extent Plaintiff's claims against 360 are based on conduct outside the applicable statute of limitations, they are

barred.

**TWENTY-FIRST AFFIRMATIVE DEFENSE – Compliance**

360 Complied with all applicable TILA required notices and requirements.

**WHEREFORE**, having fully responded to the allegations in Plaintiff's Amended Complaint and denying that Plaintiff is entitled to any relief whatsoever in any of the counts alleged, 360 respectfully moves that the Court Dismiss the Amended Complaint with prejudice, in its entirety; award 360 reasonable attorney's fees and costs associated with litigating this action, and; granted 360 any other such relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I certify that on January 8, 2018, I served a copy of this document via U.S. First Class Mail upon the Plaintiff at 3457 Deercreek Palladian Circle, Deerfield Beach, Florida 33442.

Respectfully submitted this 19th day of October, 2017.

> By: */s/*Rafael J. Solernou, Jr.
> Rafael J. Solernou, Jr., Esquire
> Florida Bar No. 86579
> JAMES E. ALBERTELLI, P.A.
> P.O. Box 23028
> Tampa, Florida 33623
> Telephone: (813) 221-4743
> Fascimile: (813) 221-9171
> Attorneys for Defendant
> 360 Mortgage, LLC
> eService: servealaw@albertellilaw.com
> eService: rsolernou@albertellilaw.com
> 17-001409