UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-61055

**JAMES W. SCOTT**
**Plaintiff,**

vs.

**360 MORTGAGE GROUP, LLC.**
**Defendant.**
_____/

**DEFENDANT, 360 MORTGAGE GROUP LLC'S, AFFDIAVIT IN SUPPORT OF SUMMARY JUDGMENT**

STATE OF _TEXAS_
COUNTY OF _TRAVIS_

BEFORE ME this day personally appeared _____Jack Carroll_____ who upon oath, deposes on personal knowledge and says:

1. This Affidavit is submitted in support of Defendant's Motion for Summary Judgment as to Count II of Plaintiff's Amended Complaint for the purpose of showing that there is in this action no genuine issue as to any material fact, and that Defendant is entitled to a judgment as a matter of law.

2. My name is _____Jack Carroll_____, and I am the ___AVP___ of 360 Mortgage Group LLC who is the servicer of Plaintiff's loan and is responsible for the collection of this loan transaction and pursuit of any delinquency in payments.

3. I have personal knowledge of the facts contained in this affidavit. Specifically, I have personal knowledge of the facts regarding the telephonic phone systems used by 360 Mortgage Group LLC in the servicing of Plaintiff's loan.

4. When contacting the Plaintiff, 360 Mortgage Group LLC, did not use a phone system with the capacity:

(a) to store or produce telephone numbers to be called, *using a random or sequential number generator* and

(b) to dial such numbers.

5. 360 Mortgage does not have any equipment capable of storing or producing telephone numbers to be called using a random or sequential number generator or any equipment capable of dialing such numbers. To make outbound calls, 360 Mortgage staff members view a daily collection report which includes associated phone numbers. The staff member then opens the phone system and copies the phone number from the collection report and pastes it into the phone system. The representative then manually clicks "dial" to place the outbound call.

FURTHER AFFIANT SAYETH NOT.

Signature: _____

Type/Print Name Here: _____**Jack Carroll**_____
360 Mortgage Group LLC

The foregoing instrument was sworn to and subscribed before me this **8TH** day of **JANUARY**, 2018, by **JACK CARROLL**, who is (personally known) to me or has produced _____ as identification.

NOTARY PUBLIC, State of **TEXAS**

Donald Hawkins
_____

My commission expires: **1/9/2021**

DONALD HAWKINS
Notary Public, State of Texas
Comm. Expires 01-09-2021
Notary ID 128283971