UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-61055-BLOOM/Valle

JAMES W. SCOTT,

    *Plaintiff,*

vs.

360 MORTGAGE GROUP, LLC,

    *Defendant,*
_____/

## MEDIATOR'S REPORT

Cindy Niad Hannah, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **January 15, 2018 @ 10:30 A.M.**

_____  AN AGREEMENT WAS REACHED.

    \_\_\_\_\_ The Agreement is attached with consent of the parties.

✓  NO AGREEMENT WAS REACHED; IMPASSE.

_____  The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before \_\_\_/\_\_\_/\_\_\_, than this matter shall be deemed at an impasse.

_____  Other: _____

*/s/ Cindy Niad Hannah*
Cindy Niad Hannah, Esq., Florida Bar No.: 438545
MF#: B-7923