UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:17-CV-61055-BLOOM-VALLE

JAMES W SCOTT

   Plaintiff,

VS.

360 MORTGAGE GROUP, LLC

   Defendant            /



## MOTION TO STRIKE DEFENDANT'S AFIDAVIT

Pursuant to F.R.C.P 56, Plaintiff moves the Court to strike Defendant's affidavit in support of their motion for summary judgment. The reasons are as follows:

1. On May 26, 2017, Plaintiff filed the Complaint against Defendant.
2. On January 9, 2018, Defendant filed a motion for summary judgment as per count III of Plaintiff's Amended Complaint.
3. On January 22, 2018, Plaintiff filed a response in opposition to Defendant's summary judgment. Plaintiff objected to Defendant's affidavit as being deficient.
4. The deadline for Defendant to respond to Plaintiff's response was January 29, 2018.
5. Defendant never responded by this deadline.
6. On February 6, 2018, Defendant filed an affidavit to be used in support of Defendant's motion for summary judgment.
7. This affidavit has been filed untimely.

**WHEREFORE**, Plaintiff respectfully requests the Court to strike the Defendant's untimely filed affidavit which was intended to be used in support of the summary judgment.

Respectfully Submitted

*/s/ James W Scott*

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
954-540-0408
Jwsscott777@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2018, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being sent via certified mail to Defendant.

*/s/ James W Scott*

James W Scott

## SERVICE LIST

Rafael J. Solernou, Jr., Esquire
Florida Bar No. 86579
James E. Albertelli, P.A.
P.O. Box 23028
Tampa, Florida 33623
813-221-4743 Telephone
813-221-9171 Fax
Eservice: servealaw@albertellilaw.com
Eservice: rsolernou@albertellilaw.com

Attorneys for Defendant
360 Mortgage Group, LLC