FILED BY _____ D.C.

APR 23 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

<div style="text-align:center">

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:17-CV-61055-BLOOM-VALLE

</div>

JAMES W SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC

    Defendant_____/

<div style="text-align:center">

**PLAINTIFF'S MOTION IN LIMINE**

</div>

    Plaintiff, James W. Scott, requests this Honorable Court to issue an Order to preclude the Defendant from offering testimony from any witnesses which have not been named in their Rule 26(a)(1) disclosures and any Defendant from offering testimony from any witness not identified in response to Plaintiff's discovery requests asking for the identification of individuals with information pertaining to the facts in this case, and in support states as follows:

<div style="text-align:center">

**INTRODUCTION**

</div>

    This action commenced on May 26, 2017. Plaintiff sues Defendant 360 Mortgage Group, LLC for violations of TILA, TCPA and FCRA. Plaintiff never received Rule 26(a)(1) disclosures from the Defendant. *See exhibit 1.* Nor has Plaintiff been informed, pursuant to F.R.C.P. 26(a)(2)(D), of any witness they intended to use prior to 90 days before trial.

<div style="text-align:center">

**ARGUMENT**

</div>

    Plaintiff moves the Court to preclude Defendant from offering any witnesses that they never revealed or named in their Rule 26(a)(1) disclosures or identified in response to Plaintiff's discovery requests asking for the identification of individuals with information pertaining to the facts of this case. Allowing testimony from as yet unidentified fact witnesses would be

prejudicial to Plaintiff, as he never had the opportunity to conduct discovery on those individuals. Federal Rule of Evidence 403.

To date, the Defendant has not disclosed the identity of any witness it may use at trial to present evidence under F.R.C.P. 702, 703, or 705—or provided any of the disclosures required by F.R.C.P. 26(a)(2)(B) or (C). The time for disclosing expert witnesses, and to make the disclosures required by F.R.C.P. 26(a)(2)(B) or (C), has elapsed in this case.

**WHEREFORE**, Plaintiff respectfully moves the Court to issue an Order to preclude the Defendant from offering testimony from any witnesses, including expert opinions from any one not disclosed initially from the Rule 26(a)(1) disclosures and the Rule 26(a)(2)(B) or (C) disclosures, including Defendant's individual employees.

Dated: April 23, 2018

Respectfully Submitted

James W Scott
3457 Deercreek Palladian Circle
Deerfield Beach, Florida 33442
954-540-0408
Jwsscott777@gmail.com

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned Plaintiff certifies that he has conferred with Defendant in a good faith effort about this motion and Defendant has not indicated that they oppose the relief requested.

Dated: April 23, 2018

James W. Scott

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being sent via certified mail to Defendant.

*James W Scott*

## SERVICE LIST

Rafael J. Solernou, Jr., Esquire
Florida Bar No. 86579
James E. Albertelli, P.A.
P.O. Box 23028
Tampa, Florida 33623
813-221-4743 Telephone
813-221-9171 Fax
Eservice: servealaw@albertellilaw.com
Eservice: rsolernou@albertellilaw.com

Attorneys for Defendant
360 Mortgage Group, LLC

# EXHIBIT 1



James Scott <jwsscott777@gmail.com>

# Scott v 360 7.1 disclosure
1 message

**James Scott** <jwsscott777@gmail.com>  Mon, Jul 24, 2017 at 2:02 PM
To: Paul Wersant <pwersant@alaw.net>

Mr. Wersant,

Just wanted to know when you will be filing the 7.1 disclosure. We have till the 31st to exchange are 26(a)(1) disclosures.

Can you send me a copy by way of email before you file it?

Thanks in advance

--
James Scott
954-540-0408

 James Scott &lt;jwsscott777@gmail.com&gt;

# Scott v 360 26(a)(1)
1 message

**James Scott** &lt;jwsscott777@gmail.com&gt;     Thu, Jul 27, 2017 at 4:20 PM
To: Paul Wersant &lt;pwersant@alaw.net&gt;

Mr. Wersant, find enclosed a copy of my 26 (a)(1) disclosure statement. I have yet to hear from you regarding any disclosure at all.

Also, when would you like to confer about the mediator coming up?

Regards

--
James Scott
954-540-0408

📎 **26a1disclosure.pdf**
651K

 Gmail                                James Scott <jwsscott777@gmail.com>

# Scott v 360
4 messages

**James Scott** <jwsscott777@gmail.com>                    Thu, Aug 3, 2017 at 9:34 PM
To: Paul Wersant <pwersant@alaw.net>

Mr Wersant, it is Thursday and I have not received any indication as to when you would like to confer about our proposed order scheduling mediation. You never responded to my last email. I still have not received anything from you regarding the initial disclosures, the 7.1 disclosures or the motion to dismiss which you filed and certified that you sent it to me via U.S. mail. Can you kindly respond to me tomorrow morning please.

Thanks

--
James Scott
954-540-0408

---

**Paul Wersant** <pwersant@alaw.net>                    Fri, Aug 4, 2017 at 11:25 AM
To: James Scott <jwsscott777@gmail.com>

Mr Scott

I will respond to you later today

Paul Wersant

Sent from my iPhone
[Quoted text hidden]

---

**James Scott** <jwsscott777@gmail.com>                    Fri, Aug 4, 2017 at 4:47 PM
To: Paul Wersant <pwersant@alaw.net>

What happened to the response?

Sent from my iPhone
[Quoted text hidden]

---

**Paul Wersant** <pwersant@alaw.net>                    Fri, Aug 4, 2017 at 4:59 PM
To: James Scott <jwsscott777@gmail.com>

I said I will respond and will today -