# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 17-CV-61055-BLOOM-VALLE

JAMES W SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC

    Defendant    /

FILED BY ____ D.C.

APR 23 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### PLAINTIFF'S EXHIBIT LIST

| Presiding Judge | Plaintiff Pro Se | Defendant's Attorneys |
|---|---|---|
| HONORABLE BETH BLOOM | JAMES W. SCOTT | RAFAEL SOLERNOU |
| Trial Date(s) | COURT REPORTER | COURTROOM DEPUTY |
| May 28, 2018 | | |

| PLF. NO. | DEF. NO. | Date Offered | Marked | Admitted | Description of Exhibits | Objections |
|---|---|---|---|---|---|---|
| 1 | | | | | Letter from 360 not showing location of assignment / Exhibit A Complaint | |
| 2 | | | | | Plaintiff's QWR revoking implied consent Exhibit C from Complaint | |
| 3 | | | | | Letter to MERS- no assignment public records Exhibit D from Complaint | |
| 4 | | | | | MERS site showing 360 "active" Exhibit E from Complaint | |
| 5 | | | | | Letter from 360 answering for MERS Exhibit F from Complaint | |
| 6 | | | | | Hand written phone log from Plaintiff Exhibit G from Amended Complaint | |
| 7 | | | | | Page from Trans Union report 6/10/17 Exhibit H from Amended Complaint | |

Plaintiff's Exhibit List

## PLAINTIFF's EXHIBIT LIST - CONTINUATION

| PLF. NO. | DEF. NO. | Date Offered | Marked | Admitted | Description of Exhibits | Objections |
|---|---|---|---|---|---|---|
| 8 | | | | | Another page from Trans Union 6/10/17<br>Exhibit I from Amended Complaint | |
| 9 | | | | | Page from Experian report 6/7/2017<br>Exhibit J from Amended Complaint | |
| 10 | | | | | Page from Equifax 6/7/17<br>Exhibit K from Amended Complaint | |
| 11 | | | | | Second credit report page Trans Union 8/31/17<br>Exhibit L from Amended Complaint | |
| 12 | | | | | Another page from Trans Union 8/31/17<br>Exhibit M from Amended Complaint | |
| 13 | | | | | Second Experian report 8/12/17<br>Exhibit N from Amended Complaint | |
| 14 | | | | | First round of Interrogatories answered by Defendant | |
| 15 | | | | | Interrogatory answer from Defendant<br><br>Exhibit 1 from [D.E. 57] | |
| 16 | | | | | Article reflecting 360 using "Televoice"<br><br>Exhibit 2 from [D.E. 57] | |
| 17 | | | | | "Bates" records of all phone calls made to Plaintiff<br>Exhibit 3 from [D.E. 57] | |
| 18 | | | | | Plaintiff's Affidavit used in support of opposition to Defendant's summary judgment<br>Exhibit 4 from [D.E. 57] | |

## Plaintiff's Exhibits Which May Be Used At Trial

| PLF. NO. | DEF. NO. | Date Offered | Marked | Admitted | Description of Exhibits | Objections |
|---|---|---|---|---|---|---|
| 19 | | | | | Excerpts from TILA statutes | |
| 20 | | | | | Excerpts from FCRA statutes | |
| 21 | | | | | Excerpts from TCPA statutes | |
| 22 | | | | | Excerpts from Interrogatories | |
| 23 | | | | | Excerpts from Production requests | |

Plaintiff's Exhibit List

Dated April 23, 2018                                Respectfully Submitted,

                                                James W. Scott
                                                3457 Deercreek Palladian Circle
                                                Deerfield Beach, Fl 33442
                                                Jwsscott777@gmail.com
                                                954-540-0408

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2018, I filed the foregoing document with the Clerk of The Court conventionally. I also certify that the foregoing document is being sent by USPS to counsel on the service list.

                                                              James W. Scott

## **SERVICE LIST**

Rafael J. Solernou, Jr., Esquire
Florida Bar No. 86579
James E. Albertelli, P.A.
P.O. Box 23028
Tampa, Florida 33623
813-221-4743 Telephone
813-221-9171 Fax
Eservice: servealaw@albertellilaw.com
Eservice: rsolernou@albertellilaw.com

Attorneys for Defendant
360 Mortgage Group, LLC