IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,

vs.                                                                 CASE No. 0:17-cv-61055-BB

360 MORTGAGE GROUP, LLC,

    Defendant.

_____/

## **NOTICE OF FILING**

Defendant hereby gives notice of filing of the following discovery:

Defendant's Rule 26 Disclosures.

Respectfully submitted this 16th day of November, 2017.

                                                 */s/* Brandon S. Vesely, Esquire
                                                 Brandon S. Vesely, Esquire
                                                 Bar Number:
                                                 JAMES E. ALBERTELLI, PA
                                                 P.O. Box 23028
                                                 Tampa, FL  33623
                                                 Telephone: (813) 221-4743
                                                 Fascimile: (813) 221-9171
                                                 Email:         bvesely@albertellilaw.com
                                                 eService: servealaw@albertellilaw.com
                                                 eService: genlit@alaw.net
                                                 Attorney for Defendant
                                                 File No.:  17-016010

CERTIFICATE OF SERVICE

The undersigned certifies a precise copy of this document was filed with the Clerk on the below date, sending notice *via* ECF to counsel of record for the Defendants and *via* U.S. Mail to James Scott, 3457 Deercreek Palladian Circle, Deerfield Beach, Florida, 33442.

*/s/* Brandon S. Vesely, Esquire
Brandon S. Vesely, Esquire
Bar Number:
JAMES E. ALBERTELLI, PA
P.O. Box 23028
Tampa, FL  33623
Telephone: (813) 221-4743
Fascimile: (813) 221-9171
Email:	bvesely@albertellilaw.com
eService: servealaw@albertellilaw.com
eService: genlit@alaw.net
Attorney for Defendant
File No.:  17-016010