IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,

vs.                                    CASE No. 0:17-cv-61055-BB

360 MORTGAGE GROUP, LLC,

    Defendant.
_____/

## **DEFENDANT'S RULE 26 DISCLOSURES**

Defendant, 360 MORTGAGE GROUP, LLC, through undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(1)(A), states as follows:

Defendant 360 Mortgage Group, LLC's Initial Rule 26 Disclosures

**Fed. R. Civ. P. 26(a)(1)(A)(i):**

James W. Scott, Plaintiff
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442
Phone: (954) 540-0408

James W. Scott is the Plaintiff in this action and will have information relating to his claims against Defendant.

Jack Carroll, AVP Loan Servicing for 360 Mortgage Group, LLC
c/o Rafael J. Solernou, Jr., Esquire
JAMES E. ALBERTELLI, PA
P.O. Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Fascimile: (813) 221-9171
Email: rsolernou@albertellilaw.com

Jack Carroll is the Assistant Vice President, Loan Servicing for Defendant 360 Mortgage Group, LLC and he will have information related to Plaintiff's claims against Defendant.

Any person identified by Plaintiff.

Investigation continues. Defendant reserves the right to supplement this response in accordance with the Federal Rules of Civil Procedure.

**Fed. R. Civ. P. 26(a)(1)(A)(ii):**

Promissory Note dated 7/11/2016 with Allonge to Note

Mortgage dated 7/11/2016 with Loan Modification Agreement dated 7/25/2016

Notice of Servicing Transfer signed by Plaintiff

Letter dated July 11, 2016 from Sovereign Lending Group Incorporated to Plaintiff

Letter dated May 31, 2017 from 360 Mortgage Group, LLC to Plaintiff

Investigation continues. Defendant reserves the right to supplement this response in accordance with the Federal Rules of Civil Procedure.

**Fed. R. Civ. P. 26(a)(1)(A)(iii):**

Not applicable.

**Fed. R. Civ. P. 26(a)(1)(A)(iv):**

Defendant is investigating whether it has any applicable insurance policies. Defendant reserves the right to supplement this response in accordance with the Federal Rules of Civil Procedure.

      */s/* Brandon S. Vesely, Esquire
      Brandon S. Vesely, Esquire
      Bar Number:
      JAMES E. ALBERTELLI, PA
      P.O. Box 23028
      Tampa, FL  33623
      Telephone: (813) 221-4743
      Fascimile: (813) 221-9171
      Email: bvesely@albertellilaw.com
      eService: servealaw@albertellilaw.com
      eService: genlit@alaw.net
      Attorney for Defendant
      File No.:  17-016010

## CERTIFICATE OF SERVICE

The undersigned certifies a precise copy of this document was filed with the Clerk on the below date, sending notice *via* ECF to counsel of record for the Defendants and *via* U.S. Mail to James Scott, 3457 Deercreek Palladian Circle, Deerfield Beach, Florida, 33442.

*/s/* Brandon S. Vesely, Esquire
Brandon S. Vesely, Esquire
Bar Number:
JAMES E. ALBERTELLI, PA
P.O. Box 23028
Tampa, FL  33623
Telephone: (813) 221-4743
Fascimile: (813) 221-9171
Email:  bvesely@albertellilaw.com
eService: servealaw@albertellilaw.com
eService: genlit@alaw.net
Attorney for Defendant
File No.:  17-016010