## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-cv-61055-BB

JAMES W. SCOTT,

      Plaintiff,

v.

360 MORTGAGE GROUP LLC,

      Defendant.

_____/

### ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.  On July 18, 2017, and March 26, 2018, *see* ECF Nos. [18], [60], the Court ordered the parties to submit various filings by April 23, 2018, in anticipation of the scheduled Calendar Call.  It is apparent from a review of the record and the pre-trial stipulation filed on April 23, 2018, that the parties have not fully complied with the instructions provided by the Court in its July 18, 2017 and March 26, 2018 Orders.

Accordingly, it is **ORDERED AND ADJUDGED** that by **May 2, 2018**, the parties are to (1) re-submit a joint pre-trial stipulation in accordance with the Court's July 18, 2017 Order, *see* ECF No. [18], and (2) to the extent not otherwise complied with, submit the filings that were due by April 23, 2018, in accordance with the Court's March 26, 2018 Order, *see* ECF No. [60]. The parties are to submit a Notice of Compliance with the Court by **May 2, 2018**.

Case No. 17-cv-61055-BB

**DONE AND ORDERED** in Miami, Florida, this 24th day of April, 2018.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

James W. Scott
Pro Se
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442
(954) 540-0408
Email: jwsscott777@gmail.com