UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:17-CV-61055-BLOOM-VALLE

JAMES W SCOTT

    Plaintiff,

vs.

360 MORTGAGE GROUP, LLC

    Defendant                    /

**JOINT EXHIBIT LIST**

| Presiding Judge | Plaintiff Pro Se | Defendant's Attorneys |
|---|---|---|
| HONORABLE BETH BLOOM | JAMES W. SCOTT | RAFAEL SOLERNOU |
| Trial Date(s) | COURT REPORTER | COURTROOM DEPUTY |
| May 28, 2018 | | |

| PLF. NO. | DEF. NO. | Date Offered | Marked | Admitted | Description of Exhibits | Objections |
|---|---|---|---|---|---|---|
| 1 | | | | | Letter from 360 not showing location of assignment / Exhibit A Complaint | |
| 2 | | | | | Plaintiff's QWR revoking implied consent Exhibit C from Complaint | |
| 3 | | | | | Letter to MERS- no assignment public records Exhibit D from Complaint | |
| 4 | | | | | MERS site showing 360 "active" Exhibit E from Complaint | |
| 5 | | | | | Letter from 360 answering for MERS Exhibit F from Complaint | |
| 6 | | | | | Hand written phone log from Plaintiff Exhibit G from Amended Complaint | |
| 7 | | | | | Page from Trans Union report 6/10/17 Exhibit H from Amended Complaint | |

Plaintiff's Exhibit List

## PLAINTIFF's EXHIBIT LIST - CONTINUATION

| PLF. NO. | DEF. NO. | Date Offered | Marked | Admitted | Description of Exhibits | Objections |
|---|---|---|---|---|---|---|
| 8 | | | | | Another page from Trans Union 6/10/17<br>Exhibit I from Amended Complaint | |
| 9 | | | | | Page from Experian report 6/7/2017<br>Exhibit J from Amended Complaint | |
| 10 | | | | | Page from Equifax 6/7/17<br>Exhibit K from Amended Complaint | |
| 11 | | | | | Second credit report page Trans Union 8/31/17<br>Exhibit L from Amended Complaint | |
| 12 | | | | | Another page from Trans Union 8/31/17<br>Exhibit M from Amended Complaint | |
| 13 | | | | | Second Experian report 8/12/17<br>Exhibit N from Amended Complaint | |
| 14 | | | | | First round of Interrogatories answered by Defendant | |
| 15 | | | | | Interrogatory answer from Defendant<br><br>Exhibit 1 from [D.E. 57] | |
| 16 | | | | | Article reflecting 360 using "Televoice"<br><br>Exhibit 2 from [D.E. 57] | |
| 17 | | | | | "Bates" records of all phone calls made to Plaintiff<br>Exhibit 3 from [D.E. 57] | |
| 18 | | | | | Plaintiff's Affidavit used in support of opposition to Defendant's summary judgment<br>Exhibit 4 from [D.E. 57] | |

## Plaintiff's Exhibits Which May Be Used At Trial

| PLF. NO. | DEF. NO. | Date Offered | Marked | Admitted | Description of Exhibits | Objections |
|---|---|---|---|---|---|---|
| 19 | | | | | Excerpts from TILA statutes | |
| 20 | | | | | Excerpts from FCRA statutes | |
| 21 | | | | | Excerpts from TCPA statutes | |
| 22 | | | | | Excerpts from Interrogatories | |
| 23 | | | | | Excerpts from Production requests | |

Defendant is not submitting any exhibits at this time.

Respectfully Submitted,

*/s/Joshua D. Knight*
Joshua D. Knight, Esquire
Florida Bar No. 38546
James E. Albertelli, P.A.
5404 Cypress Center Drive, 3rd Floor
Tampa, Florida  33609
Telephone:  (813) 221-4743, Extension 2463
Email:  jknight@alaw.net
Attorneys for Defendant

/s/   James W. Scott
James W. Scott
3457 Deercreek Palladian Circle
Deerfield Beach, FL 33442
954-540-0408 / Cell
Jwsscott777@gmail.com
*Pro Se Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice to all counsel of record, and *via* U.S. Mail to James Scott, 3457 Deercreek Palladian Circle, Deerfield Beach, Florida, 33442, *Pro Se Plaintiff*.

By: */s/Joshua D. Knight*
    Joshua D. Knight, Esquire

    /s/   James W. Scott
    James W. Scott