IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,
vs.                                            CASE No. 0:17-cv-61055-BB

360 MORTGAGE GROUP, LLC,

    Defendant.
_____/

**JOINT NOTICE OF STATUS**

Pursuant to this Court's Order of March 27, 2018, the parties are to report on the status of the final paperwork in this matter today. The parties are filing their Joint Pretrial Stipulation, Exhibit List and Proposed Jury Instructions on this 2nd day of May, 2018.

           By: */s/Joshua D. Knight*
               Joshua D. Knight, Esquire
               Florida Bar No. 38546
               James E. Albertelli, P.A.
               5404 Cypress Center Drive, 3rd Floor
               Tampa, Florida  33609
               Telephone:  (813) 221-4743, Extension 2463
               Email:  jknight@alaw.net
               Attorneys for Defendant

               /s/   James W. Scott_____
               James W. Scott
               3457 Deercreek Palladian Circle
               Deerfield Beach, FL 33442
               954-540-0408 / Cell
               Jwsscott777@gmail.com
               *Pro Se Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice to all counsel of record, and *via* U.S. Mail to James Scott, 3457 Deercreek Palladian Circle, Deerfield Beach, Florida, 33442, *Pro Se Plaintiff*.

/s/Joshua D. Knight

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned Plaintiff and Defendant have conferred and file our joint pre-trial stipulation.

Dated: May 2, 2018

By: */s/Joshua D. Knight*
Joshua D. Knight, Esquire


/s/ James W Scott
James W. Scott


## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being sent via certified mail to Defendant.

By: */s/Joshua D. Knight*
Joshua D. Knight, Esquire


/s/ James W. Scott
James W. Scott


## SERVICE LIST

Rafael J. Solernou, Jr., Esquire
Florida Bar No. 86579
James E. Albertelli, P.A.
P.O. Box 23028
Tampa, Florida 33623
813-221-4743 Telephone
813-221-9171 Fax
Eservice: servealaw@albertellilaw.com
Eservice: rsolernou@albertellilaw.com

Attorneys for Defendant
360 Mortgage Group, LLC