IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,

vs.                                      CASE No. 0:17-cv-61055-BB

360 MORTGAGE GROUP, LLC,

    Defendant.
_____/

## **CHANGE OF RESPONSIBLE ATTORNEY**

Notice is hereby given that, subject to approval by the Court, 360 Mortgage Group, LLC, substitutes Joshua D. Knight, Esquire, for Rafael J. Solernou, Jr., Esquire, as Mr. Solernou will no longer be with the law firm of James E. Albertelli, PA, after May 4, 2018.

It is hereby requested that all future correspondence, pleadings and communications be forwarded to:

    Joshua D. Knight, Esquire
    James E. Albertelli, P.A.
    5404 Cypress Center Drive, 3rd Floor
    Tampa, Florida  33609
    Telephone:  (813) 221-4743, Extension 2463
    Email:  jknight@alaw.net

Respectfully submitted this 4th day of May, 2018.

      By: */s/Joshua D. Knight*
        Joshua D. Knight, Esquire
        Florida Bar No. 38546
        James E. Albertelli, P.A.
        5404 Cypress Center Drive, 3rd Floor
        Tampa, Florida  33609
        Telephone:  (813) 221-4743, Extension 2463
        Email:  jknight@alaw.net
        Attorneys for Plaintiff
        Attorneys for Plaintiff
        File No. 16-010685

## **CERTIFICATE OF SERVICE**

The undersigned certifies a precise copy of this pleading was filed with the Clerk and mailed on the 4th day of May, 2018, *via* U.S. First Class Mail, Postage Prepaid to James Scott, 3457 Deercreek Palladian Circle, Deerfield Beach, Florida, 33442, *Pro Se Plaintiff*.

      By: */s/Joshua D. Knight*
        Joshua D. Knight, Esquire