IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,

vs.                                                     CASE No. 0:17-cv-61055-BB

360 MORTGAGE GROUP, LLC,

    Defendant.
_____/

**CONSENT MOTION FOR CONTINUANCE OF
TRIAL SCHEDULED TO BEGIN ON MAY 28, 2018**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants as follows:

1. The Calendar Call before the Honorable Judge Bloom is currently scheduled on May 22, 2018, at 1:45 p.m.

2. Trial in this matter is currently scheduled to begin on May 28, 2018, at 9:00 a.m.

3. The parties are conferring and working towards settlement of this matter.

4. The parties have agreed that given more time to further discuss this matter, the parties may be able to reach a settlement.

5. The representative from 360 Mortgage Group, LLC, that is scheduled to testify in the matter is unavailable at this time due to the birth of a baby recently.

6. No party would be prejudiced in the granting of the relief requested herein, as it is in the best interest of all parties.

It is therefore respectfully requested that this case be continued to a later date and rescheduled in the regular course by the Clerk of the Court.

Respectfully submitted this 17th day of May, 2018.

| | |
|---|---|
| */s/* Joshua D. Knight | /s/ James W. Scott |
| Josh D. Knight, Esquire | James W. Scott |
| Floridia Bar Number:  38546 | 3457 Deercreek Palladian Circle |
| James E. Albertelli, P.A. | Deerfield Beach, Florida, 33442 |
| 5404 Cypress Center Drive, 3rd Floor | *Pro Se Plaintiff* |
| Tampa, Florida  33609 | |
| Telephone:  (813) 221-4743, Extension 2463 | |
| Email:  jknight@alaw.net | |
| Attorneys for Defendant | |
| File No.:  17-016010 | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice to all counsel of record, and *via* U.S. Mail to James Scott, 3457 Deercreek Palladian Circle, Deerfield Beach, Florida, 33442, *Pro Se* Plaintiff.

                                                   */s/* Joshua D. Knight
                                                   Josh D. Knight, Esquire