IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:17-cv-61055-BB

JAMES W. SCOTT

    Plaintiff,

vs.                                               CASE No. 0:17-cv-61055-BB

360 MORTGAGE GROUP, LLC,

    Defendant.

_____/

## AFFIDAVIT IN SUPPORT OF CONSENT MOTION TO CONTINUE

Personally appeared before the undersigned officer, duly authorized to administer oaths, Jack Carroll who, after first being duly sworn, states under oath as follows:

1.

I am the Assistant Vice President of 360 Mortgage Group, LLC. This Affidavit is based on my own personal knowledge. I am competent to testify regarding those things about which I have personal knowledge. I am over 18 years of age.

2.

This Affidavit is made in support of the Consent Motion for Continuance of the trial currently scheduled to begin on May 28, 2018. I will not be available to testify at the trial as I have a five (5) day old baby and must assist in the care of the baby at that time.

FURTHER AFFIANT SAITH NOT.

AFFIANT:

By: _____
Jack Carroll
Assistant Vice President

Subscribed and affirmed before me in the county of __TRAVIS__, State of Texas, this __17__ day of __MAY__, 20__18__.

_____
(Notary's official signature)

__1/9/2021__
(Commission Expiration)

DONALD HAWKINS
Notary Public, State of Texas
Comm. Expires 01-09-2021
Notary ID 129493971

Notary Seal