UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61055-BB

JAMES W. SCOTT,

    Plaintiff,

v.

360 MORTGAGE GROUP LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION IN LIMINE

**THIS CAUSE** is before the Court upon Plaintiff's Motion in Limine (the "Motion"), filed on April 23, 2018.  *See* ECF No. [64].  In the Motion, Plaintiff asks the Court to "preclude the Defendant from offering testimony from any witnesses, including expert opinions from any one not disclosed initially from the Rule 26(a)(1) disclosures and the Rule 26(a)(2)(B) or (C) disclosures, including Defendant's individual employees."  ECF No. [64], at 2.  Defendant's response was due by May 7, 2018.  Defendant, however, has failed to submit a response or ask for an extension of time by which to do so.

"Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  Failure to do so may be deemed sufficient cause for granting the motion by default."  S.D. Fla. L.R. 7.1(c).  Moreover, Federal Rule of Civil Procedure 37(c)(1) provides, in relevant part: "If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless."  Defendant has failed to file a response to the Motion, let

alone provide substantial justification as to why it failed to provide the required disclosures.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion in Limine, **ECF No. [64]**, is **GRANTED**.  *See*, *e.g.*, *Swinford v. Target Corp.*, No. 1:13-CV-4136-MHC, 2015 WL 11216740, at *7 (N.D. Ga. July 13, 2015) ("Thus, as it relates to witnesses, documents, and exhibits not identified by Plaintiffs in their initial disclosures or during the discovery period, Defendant's Motion in Limine is Granted."); *Davis v. Green*, No. 1:12-CV-3549-WSD, 2015 WL 3604891, at *2 (N.D. Ga. June 8, 2015) (granting motion in limine to exclude witnesses where the plaintiff failed to supplement his disclosures or identify the witnesses before discovery closed in the case).

**DONE AND ORDERED** in Miami, Florida, this 16th day of May, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record