IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES W. SCOTT

    Plaintiff,

vs.                                               CASE No. 0:17-cv-61055-BB

360 MORTGAGE GROUP, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, James W. Scott (hereinafter "Plaintiff") and the Defendant, 360 Mortgage Group, LLC (hereinafter "Defendant") have reached a settlement agreement in the above-captioned matter and respectfully submit this Joint Notice of Settlement, and inform the Court as follows:

1. The Defendant has reached an agreement with the Plaintiff to resolve the claims against the Defendant.

2. The parties are in the process of finalizing a settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

Accordingly, the parties respectfully request that the Court vacate its order of May 29, 2018, and allow the parties to execute the settlement agreement once the terms of the agreement are concluded and file a stipulation of dismissal at that time.

Respectfully submitted this 30th day of May, 2018.

By: */s/Joshua D. Knight*
Joshua D. Knight, Esquire
Florida Bar No. 38546
James E. Albertelli, P.A.
5404 Cypress Center Drive, 3rd Floor
Tampa, Florida  33609
Telephone:  (813) 221-4743, Extension 2463
Email:  jknight@alaw.net
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May ___, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send electronic notice to all counsel of record, and *via* U.S. Mail to James Scott, 3457 Deercreek Palladian Circle, Deerfield Beach, Florida, 33442, *Pro Se* Plaintiff.

      By:    */s/Joshua D. Knight*
                   Joshua D. Knight, Esquire