UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61055-BB

JAMES W. SCOTT,

    Plaintiff,

v.

360 MORTGAGE GROUP LLC,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On May 31, 2018, this Court entered its Order Administratively Closing Case, *see* ECF No. [88], in which the Court required the parties to file appropriate dismissal papers within thirty (30) days of the date of the Order. To date, the parties have not filed their dismissal papers and have not otherwise sought an extension of time to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that this matter is **DISMISSED.** To the extent not otherwise disposed of, all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of July, 2018.

*[signature]*

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record